UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. Morris Glen Levine

---
Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

Project Renewal
200 Varick St
NY NY 10014

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

---
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2024 JAN 26 PM 1:22

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Discrimination against health I'm in a homeless shelter where I'm supposed to be in a medical dorm due to my severe health issues. I'm also suppose to be in a non smoking facility. Clients in the dorm are smoking cigarettes & K2 & DNA & vapes. Asthmatic. I'm also suppose to be on a special diet my diet isn't being followed.

### B. If you checked Diversity of Citizenship

1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, __Morris G Levine__ , is a citizen of the State of
(Plaintiff's name)

__NY__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __Project Renewal__, is a citizen of the State of
(Defendant's name)

__NY__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__Yes 50|C3__.

If the defendant is a corporation:

The defendant, __Project Renewal__, is incorporated under the laws of

the State of __NYS__

and has its principal place of business in the State of __NYS__

or is incorporated under the laws of (foreign state) __N/A__

and has its principal place of business in __200 Varick St NY NY 10014__

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Morris__ __Glen__ __Levine__
First Name    Middle Initial    Last Name __Project Renewal__

AS PLACE __ANN AS Bronx Blvd Dorm 4 Bed 1__
__40380 Bronx Blvd Dorm 4 Bed 1__
Street Address

__Bronx__ __NY__ __10046__
County, City    State    Zip Code

__(347)58/9609__   __Morrislevine20@gmail.com__
Telephone Number    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Project Renewal
First Name    Last Name

Current Job Title (or other identifying information)

200 Varick St
Current Work Address (or other address where defendant may be served)

New York    NY    10014
County, City    State    Zip Code

Defendant 2:
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 3:
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 4: _____
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Annas Place Mens Shelter

Date(s) of occurrence: 1/18/2024

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I entered the Shelter on 1/18/24 & had to wait until 2:30AM for Annas Place Mens Shelter to give me a place. They knew I had severe medical issues. They don't care if I had to lay down. They took my intruments and if I did then I can't eat spicy foods or fried foods or can a green leafy vegitables I have never clothes Disc eased. They Refuse me to Bring in special food. clsor Residents are smoking cigarettes & K2 near me & is effecting my Asthma. They Make every client Before there Bed that they won't smoke in the facility. But yet they allow clients to smoke in the facility. They excuse they can't control anyone from smoking. There is no consquences for these clients who are violating the Rule of the Shelter.

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I'm coughing & My asthma is being effected & My Chrohns diesease is being effected. There also giving me A hard time to carry Narcan w/h is Life saving medication if someone overdoses I'm Narcan certified my narcan has to go through the methedone doctors

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I want 8,000 for all the pain & suffering & Aggravation that I've been through the last time I was at the shelter & had to find my own hosp & Mr. Joseph Blachor interfered w/ my having. He didnt do the right thing when it came to inspection of the apartment.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| 1/24/24 | Morris Glen Levine |

| First Name | Middle Initial | Last Name |
|---|---|---|
| Morris | Glen | Levine |

Street Address: 4030 Bronx Blvd Dorma Bed 1

| County, City | State | Zip Code |
|---|---|---|
| Bronx | NY | 10466 |

| Telephone Number | Email Address (if available) |
|---|---|
| (347) 581-9069 | Morrislevine2225@mail.com |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.